UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QASIM SHANE FELLS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>A. MATEVOUSIAN,<br><br>　　　　　Respondent. | No. 1:15-cv-00552-SKO<br><br>**ORDER DENYING MOTION TO COMPEL AS MOOT**<br><br>**(Doc. 21)** |

　　　On September 14, 2016, Petitioner Qasim Shane Fells moved to compel Respondent, Warden A. Matevousian, to answer Petitioner's motion for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondent filed a response to the petition on October 28, 2015. Doc. 18. Petitioner filed a reply (traverse) on November 18, 2015. Doc. 19. The Court has taken the petition under submission and will issue its order in due course.

　　　Accordingly, the motion to compel Respondent to respond is hereby DENIED as moot.

IT IS SO ORDERED.

Dated:  **September 19, 2016**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1