UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QASIM SHANE FELLS,<br><br>              Petitioner,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>              Respondent. | No.  1:15-cv-00552-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

Petitioner Qasim Shane Fells is a federal prisoner proceeding *pro se* with an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 9).  A petitioner seeking habeas corpus relief under 28 U.S.C. § 2241 must name the officer having custody of him as the respondent to the petition.  *See* Rules 1 and 2(a) of the Rules Governing § 2254 Cases; *Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996); *Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994).  Although Petitioner originally named the United States of America as the respondent, he corrected the error by naming A. Matevousian, the Warden of the U.S. Penitentiary, Atwater, California, as Respondent in the amended petition filed June 25, 2015, as Document 9.  The corrected caption was not amended on the Court's records, however.

Accordingly, the Clerk of Court is hereby DIRECTED to amend the caption on the above-entitled case to name A. Matevousian, Warden, U.S. Penitentiary, Atwater, California, as Respondent.

IT IS SO ORDERED.

Dated:   **November 1, 2016**                    /s/ *Sheila K. Oberto*
                                                                                UNITED STATES MAGISTRATE JUDGE

1